UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA KAHN YAGO,<br><br>Petitioner,<br><br>v.<br><br>SACRAMENTO SUPERIOR COURT,<br><br>Respondent. | No. 2:23-cv-0734-TLN-AC<br><br><br><br>**ORDER** |

Petitioner, a pretrial detainee proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 31, 2023, the magistrate judge filed findings and recommendations herein which were served on Petitioner, and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 5.)  Petitioner did not file objections to the findings and recommendations.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 31, 2023 (ECF No. 5) are ADOPTED IN FULL;
2. Petitioner's application for writ of habeas corpus (ECF No. 1) is DISMISSED; and
3. The Clerk of the Court is directed to close this case.

Date: September 6, 2023

_____
Troy L. Nunley
United States District Judge